# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MATTHEW MIRE

NO. 2021 KW 1532

**DECEMBER 13, 2021**

---

In Re:  Matthew Mire, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, Nos. 44495, 44496.

---

**BEFORE: McCLENDON, WELCH, AND THERIOT, JJ.**

**STAY DENIED. WRIT DENIED.**

**JEW**
**MRT**

**McClendon, J.,** dissents in part and would grant the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT